# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# JEFFERSON CITY DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| **Arnold & Evelyn Albers** | ) | **CASE NO. 02-20643-drd** |
| | ) | |
| | ) | **Chapter 7** |
| **Debtors.** | ) | |

## MOTION OF TRUSTEE TO
## PAY UNCLAIMED FUNDS TO COURT

COMES NOW the Chapter 7 trustee herein, Jill Olsen, and for her Motion to Pay Unclaimed Funds to Court, pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, states as follows:

1. The debtors herein filed a petition for relief under chapter 7 of the United States Bankruptcy Code on April 11, 2002. The case was closed on August 20, 2002. It was reopened on motion of the United States Trustee's Office on October 24, 2012, to administer the proceeds from a class action settlement.

2. Jill Olsen is the chapter 7 panel trustee appointed to administer the bankruptcy estate and continues in that capacity.

3. On June 10, 2016, the United States Trustee filed the Chapter 7 Trustee's Final Report ("TFR").

4. On July 6, 2016, the trustee issued checks to all of the creditors listed in the TFR, including Check #4 to CitiFinancial, Inc. in the sum of $7,312.19.

5. This check was received by CitiFinancial on July 12, 2016, and was subsequently returned to the trustee with a letter stating that the check would not be deposited/negotiated because "Uncollectible Account is Inactive."

6. The trustee contacted CitiFinancial by phone to ask them to accept the check, but was told that CitiFinancial would not accept the check.

7. Pursuant to 11 U.S.C. §347(a), the trustee has stopped payment on the check and seeks authorization from this Court to pay the funds of $7,312.19 into the Court to be disposed of under Chapter 129 of Title 28.

8. Pursuant to Rule 3011, the trustee lists all known names and addresses of the entity to be paid the amounts referenced above, representing the remaining property of the estate being paid into the Court pursuant to §347(a):

>CitiFinancial, Inc.
>P.O. Box 70923
>Charlotte, NC   28272-0923
>
>CitiFinancial
>605 Munn Rd.
>Fort Mill, SC   29718

WHEREFORE, Jill Olsen, trustee prays an Order of this Court authorizing the payment of the unclaimed funds of $7,312.19 into the Court and for such further relief as the court may deem just.

>By:  /s/ Jill Olsen
>Jill Olsen       MO #49835
>The Olsen Law Firm, LLC
>118 N. Conistor Ln., Suite B #290
>Liberty, MO  64068
>Telephone:  (816) 521-8811
>Facsimile:  (816) 278-9493
>CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all persons requesting Electronic Case Filing (ECF) notification, to the Office of the United States Trustee, and to all parties listed below on September 15, 2016:

CitiFinancial, Inc.
P.O. Box 70923
Charlotte, NC   28272-0923

CitiFinancial
605 Munn Rd.
Fort Mill, SC   29718

>/s/ Jill Olsen